Phil J. Montoya, Jr. (SBN 124085)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, CA 90071-1651
Telephone: (213) 486-8000
Facsimile: (213) 486-8080
Email: pmontoya@hptylaw.com

*Attorneys for Defendant RSCR California, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE CHAVEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff<br><br>v.<br><br>RSCR CALIFORNIA, INC., d/b/a RESCARE, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-03137-JAM-AC<br><br>**STIPULATION TO PERMIT THE FILING OF DEFENDANT'S RESPONSIVE PLEADING TO COMPLAINT; ORDER OF COURT** |

WHEREAS, this action was removed to this Court on December 3, 2018;

WHEREAS, Defendant was required to answer or otherwise respond to Plaintiff's Complaint on December 10, 2018;

WHEREAS, the undersigned counsel notified Plaintiff's counsel of Defendant's intent to file a Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6), and the parties agreed to conduct a substantive meet and confer prior to the filing of Defendant's Motion;

WHEREAS, the parties are unable to meet and confer prior to the filing deadline of December 10, 2018;

| | |
|---|---|
| 1 | WHEREAS, the parties have agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint. |
| | IT IS HEREBY STIPULATED AND AGREED that Defendant shall have additional time to answer or otherwise respond to Plaintiff's Complaint, up through and including December 20, 2018. |
| | IT IS SO STIPULATED. |

Dated: 12/10/2018  **JUSTICE LAW CORPORATION**

By:\_\_\_\_/s/_____
      Douglas Han, Esq.
Attorneys for Plaintiff STEPHANIE CHAVEZ

Dated: 12/10/2011  **HAWKINS PARNELL THACKSTON & YOUNG LLP**

By:\_\_\_\_\_/s/_____
      Phil J. Montoya, Jr.
Attorneys for Defendant RSCR CALIFORNIA, INC.

## **ORDER OF COURT**

Based on the Parties' Stipulation as set forth above, it is ordered as follows:

1. The Defendant RSCR CALIFORNIA, INC. shall have up through and including December 20, 2018 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED: 12/11/2018 /s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge

**STIPULATION TO PERMIT THE FILING OF DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am employed by Hawkins, Parnell Thackston & Young LLP. I am over the age of eighteen years and not a party to the within cause; my business address is 445 South Figueroa Street, Suite 3200, Los Angeles, California 90071-2901

On the date set forth below, I served the foregoing STIPULATION on the below attorneys of record in this matter:

Douglas Han
Shunt Tatavos-Gharajeh
Daniel J. Park
Arsine Gricoryan
JUSTICE LAW CORPORATION
411 North Central Avenue, Suite 500
Glendale, California 91203

☒ **BY MAIL**: by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope, with postage pre-paid, was placed for mailing and collection (in the offices of Hawkins, Parnell & Thackston, LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

☐ **BY FACSIMILE**: by facsimile to the facsimile number(s) of the offices of the addressee(s) as indicated on the attached list.

☐ **BY PERSONAL SERVICE:** by enclosing a true and correct copy thereof in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on this day by courier service following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 11, 2018, at Los Angeles, CA.

                                                                                   _____
                                                                                                    Signature

                                                                                   _____
                                                                                                   Print Name