Phil J. Montoya, Jr. (SBN 124085)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, CA 90071-1651
Telephone: (213) 486-8000
Facsimile: (213) 486-8080
Email: pmontoya@hptylaw.com

*Attorneys for Defendant RSCR California, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE CHAVEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff<br>v.<br><br>RSCR CALIFORNIA, INC., d/b/a RESCARE, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-03137-JAM-AC<br><br>**STIPULATION TO PERMIT THE FILING OF DEFENDANT'S RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT; ORDER OF COURT** |

WHEREAS, this action was removed to this Court on December 3, 2018;

WHEREAS, Defendant was required to answer or otherwise respond to Plaintiff's Complaint on December 10, 2018;

WHEREAS, the undersigned counsel notified Plaintiff's counsel of Defendant's intent to file a Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6), and the parties agreed to conduct a substantive meet and confer prior to the filing of Defendant's Motion;

| | |
|---|---|
| 1 | WHEREAS, the parties held a meet and confer on December 14, 2018; |
| 2 | WHEREAS, after the substantive December 14, 2018 meet and confer, Plaintiff |
| 3 | chose to file a First Amended Complaint; |
| 4 | WHEREAS, due the date of filing of the First Amended Complaint, |
| 5 | Defendant's response would be due on or before December 31, 2018; |
| 6 | AND WHEREAS, the parties have agreed to extend the deadline for Defendant |
| 7 | to respond to the First Amended Complaint through and including January 14, 2019 to |
| 8 | determine if a Motion to Dismiss is necessary. |
| 9 | IT IS HEREBY STIPULATED AND AGREED that Defendant shall have |
| 10 | additional time to answer or otherwise respond to Plaintiff's First Amended |
| 11 | Complaint, up through and including January 14, 2018. |
| 12 | IT IS SO STIPULATED. |

Dated: December 20, 2018    **JUSTICE LAW CORPORATION**

By: */s/ Douglas Han*_____
    Douglas Han, Esq.
Attorneys for Plaintiff STEPHANIE CHAVEZ

Dated: December 20, 2018\_   **HAWKINS PARNELL THACKSTON & YOUNG LLP**

By:  */s/ Phil J. Montoya, Jr.*_____
       Phil J. Montoya, Jr.
Attorneys for Defendant RSCR CALIFORNIA, INC.

# **ORDER OF COURT**

Based on the Parties' Stipulation as set forth above, it is ordered as follows:

1. The Defendant RSCR CALIFORNIA, INC. shall have up through and including January 14, 2019 to answer or otherwise respond to Plaintiff's Complaint. IT IS SO ORDERED.

DATED: 12/21/18                             /s/ John A. Mendez_____
                                            The Honorable John A. Mendez
                                            United States District Court Judge