1  DOUGLAS HAN (SBN 232858)
   dhan@justicelawcorp.com
2  SHUNT TATAVOS-GHARAJEH (SBN 272164)
   statavos@justicelawcorp.com
3  **JUSTICE LAW CORPORATION**
4  751 N. Fair Oaks Avenue, Suite 101
   Pasadena, California 91103
5  Telephone: (818) 230-7502
   Facsimile: (818) 230-7259
6
7  *Attorneys for* Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE CHAVEZ, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>RSCR CALIFORNIA, INC. d/b/a RESCARE, Inc. a Delaware corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:18-CV-03137-JAM-AC<br><br>Assigned For All Purposes to:<br>Honorable John A. Mendez<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed: October 19, 2018<br>FAC File: December 17, 2018<br>Trial Date: None Set |

_____
STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATION AND AGREED**, by and between the Parties to this | |
| 2 | action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) | |
| 3 | hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal | |
| 4 | With Prejudice of Plaintiff's individual claims and Dismissal Without Prejudice of any claims | |
| 5 | asserted on behalf of putative class members, with each party to bear its own attorney's fees and | |
| 6 | costs. | |

DATED: April 30, 2019                    By: /s/   Matthew A. Boyd
                                              Ronald G. Polly Jr.
                                              Matthew A. Boyd
                                              **HAWKINS PARNELL & YOUNG, LLP**
                                              303 Peachtree Street, NE Suite 4000
                                              Atlanta, Georgia 30308
                                              Telephone: (404) 614-7400
                                               Facsimile: (404) 614-7500
                                              *Attorneys for* Defendants

DATED: April 30, 2019                    By: /s/   Shunt Tatavos-Gharajeh
                                               Shunt Tatavos-Gharajeh
                                               **JUSTICE LAW CORPORATION**
                                               751 N. Fair Oaks Avenue, Suite 101
                                               Pasadena, California 91103
                                               Telephone: (818) 230-7502
                                               Facsimile: (818) 230-7259
                                               A*ttorneys for* Plaintiff

| | |
|---|---|
| 1 | **<u>ORDER OF DISMISSAL</u>** |
| 2 | The stipulation is approved. Plaintiff's individual claims are dismissed with prejudice, |
| 3 | and any claims asserted on behalf of putative class members are dismissed without prejudice. |
| 4 | The entire action is hereby dismissed. Each party shall bear its own attorney's fees and costs. |

DATED: May 2, 2019 　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　UNITED STATE DISTRICT COURT JUDGE